January 12, 2018

Judge Myron Thompson
15 Lee Street
Montgomery, AL 36104

Re: Mashell Mann #188719

2:18-CV-40-WHA-GMB

RECEIVED

2018 JAN 23 A 8 01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Honorable Judge Thompson,

    I am writing to appeal the decision of my parole hearing held on January 10, 2018. Though I know that parole is a privilege, not a right, I believe that my case was dealt with unjustly and with undue biased opinions.
    According to the Rules/Regulations and Guidelines of the Alabama Board of Pardons and Paroles, the following guidelines were violated. Therefore, I file my appeal based on the following:

**1.) Article Four- Notice of Hearings**
#4c- "If minor children of the victim survive the victim, they are considered his\her immediate family." My children, now grown, are required to receive notification of my hearings because they are the victim's immediate family. However, at my hearing, my children are told that they are not considered victim's family because they do not attend to protest me. So they are considered victim's family to receive notification, but not at the hearing. Their speech was heard but not acknowledged. This is a a double standard and contradiction of the Board's rules.

**2.) Article Six-**
#4- "All persons giving testimony before the Board shall testify under oath or affirmation."
a.) Victim's sister, Sherry Langston, stated that my husband and I were divorced at the time of his death and that I came to his home and shot him. Not correct. We had been separated but reconciled three (3) days before the incident occurred. Proof is on his Death Certificate, where I am listed as his wife at time of death.
b.) Victim's representative, the District Attorney of Walker County, stated that the victim was lying flat of his back with both hands behind his head and shot in the forehead. Not correct. Pictures of victim were taken by investigators and show the correct position the victim was in. These untruths were brought to the Board's attention and were rebutted, but the false information was acknowledged and noted, giving the Board a reason for my denial.

According to U.S. District Court (11th District) 2011 U.S. Dist. Lexis 152039- Gaines v. Riley, the Alabama parole statute..calls for discretionary rather than mandatory action on the part of the Board. The law directs the Board to consider a <u>number</u> of factors in making their determination, which is a subjective rather than objective determination. When the statute is framed in discretionary terms, there is not a liberty interest created.
Judge Thompson, this tells me that anything said against me at my hearing, even false information, can be used against me and cost me my parole being granted. If false information is duly noted and accepted, and it clearly was at my hearing, then the determination from the Board at their "discretion" is being misused with already biased opinions.

Judge Thompson, in June, 2018, I will have served 22 years of my 40 year sentence. I've exalted all classes and programs, some more than once. I obtained my Associate's Degree in Business while incarcerated, worked three outside jobs and have had no write-ups in ten years.

The Board has shown me that they do not recognize what I've done to better myself. As an example of this: My hearing in August 2014, they didn't even pull my file to look at during hearing, telling my family that they, the Board, were unprepared for said hearing. Instead of rescheduling to a date that the Board was prepared, they denied parole because protesters showed up. The Board also told my family that if I served half my sentence, they would release me.

I'm expected to do what is right and become a better person, but to what end if the Board does not acknowledge my progress and does not do what they agree to. How can I prove myself if I'm not given the chance. I've enclosed a list of my achievements and progress with this appeal.

I thank you for your time and any consideration you give me in this matter. I sincerely hope to hear from you and your court.

Respectfully,

*Mashell Mann*

Mashell Mann

*Clarisse Robinson*
10/28/18



Moshall Mann #188719 K-9A
1616 25th Street No
Birmingham, AL 35234

Judge Myron Thompson
15 Lee Street - Room
Montgomery, AL 36104